IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| V. | : | NO. 16-5367 |
| | : | |
| KENNETH HUMPHREY | : | |

REVISED **O R D E R**

**AND NOW,** this 17th day of November, 2016, it is hereby **ORDERED** that upon consideration of the letter received from defense counsel, the Rule 16 Scheduling Conference in the above-captioned case originally scheduled for Friday, December 2, 2016, at 4:30 P.M., has been **RESCHEDULED** to take place on **Thursday, December 15, 2016, at 4:30 P.M.** Plaintiff's counsel shall initiate the call by contacting opposing counsel and, subsequently, placing the call to Chambers (267-299-7490) at the aforementioned time.

BY THE COURT:

/s/ Cynthia M. /Rufe

_____
CYNTHIA M. RUFE, J.