UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>KENNETH HUMPHREY<br><br>Defendant | CIVIL NO. 16-05367 |

### CERTIFICATE OF SERVICE

I, Thomas I. Puleo, Esquire, hereby certifies that the foregoing Plaintiff's Rule 26 Disclosures has been served by first class mail, postage pre-paid, upon the parties listed below on November 21, 2016.

Kane & Silverman
Howard G. Silverman, Esq.
2401 Pennsylvania Avenue
Suite 1A-5
Philadelphia, PA 19130

Respectfully submitted,

KML Law Group, P.C.

By: *[signature]*
Thomas I. Puleo, Esquire
Pennsylvania Attorney I.D. No. 27615
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6309