## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| **Plaintiff** | : **CIVIL ACTION NO. 16-5367** |
| | : |
| **v.** | : |
| | : **DEFENDANT'S RULE 26** |
| **KENNETH HUMPHREY,** | : **DISCLOSURES** |
| **Defendant** | : |

Defendant, by and through his attorney, Howard G. Silverman, Esquire, in accordance

with F.R.C.P. 26(a) does hereby state:

*Initial Disclosures:*

    (A)    Individuals with discoverable information:

        Kenneth Humphrey
        5623 McMahon Street
        Philadelphia, PA   19144

    (B)    Categories and location of documents:

        Not applicable.

    (C)    Computation of damages:

        None.

        **KANE & SILVERMAN, P.C.**

BY: _____
        Howard G. Silverman, Esquire
        **Attorney for Defendant**
        Attorney I.D. No. 48319
        2401 Pennsylvania Avenue, Suite 1A-5
        Philadelphia, PA   19130
        215-232-1000