IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| | : | |
| **V.** | : | **NO. 16-5367** |
| | : | |
| **KENNETH HUMPHREY** | : | |

## REVISED O R D E R

**AND NOW,** this 6th day of December 2016, it is hereby **ORDERED** that the Rule 16 Scheduling Conference in the above-captioned case scheduled for Thursday, December 15, 2016, at 4:30 P.M., has been **RESCHEDULED** to take place on **Wednesday, January 4, 2017, at 12:00 P.M.**  Plaintiff's counsel shall initiate the call by contacting opposing counsel and, subsequently, placing the call to Chambers (267-299-7490) at the aforementioned time.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**