**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>            Plaintiff<br>v.<br><br>KENNETH HUMPHREY<br>            Defendant | Civil Action No: 16-05367 |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE CLERK OF COURT:

   Kindly dismiss the above entitled action pursuant to F.R.C.P. 41(a)(1)(A).

                    Respectfully submitted,
                    KML Law Group, P.C.

                    By: _____
                    Thomas I. Puleo, Esquire
                    Pennsylvania Attorney I.D. No. 27615
                    Suite 5000 – BNY Independence Center
                    701 Market Street
                    Philadelphia, PA  19106-1532
                    (215) 825-6309