# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 16-5367 |
| **KENNETH HUMPHREY,** : | |
| : | |
| Defendant. : | |

## ORDER

**AND NOW**, this 3rd day of January 2017, upon consideration of Plaintiff's Notice of Voluntary Dismissal [Doc. No. 8], it is hereby **ORDERED** as follows:

1. The case is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a).

2. The Clerk of Court is directed to **CLOSE** the case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**